**Derek Marquis FLEMING, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, FCI Petersburg, Respondent– Appellee.**

No. 02–7420.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 7, 2003.

Decided March 12, 2003.

Derek Marquis Fleming, Appellant Pro Se. Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, Chief Judge, and TRAXLER and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Derek Marquis Fleming, a federal prisoner, seeks to appeal the district court's order accepting the magistrate judge's recommendation to deny relief on his petition filed under 28 U.S.C. § 2241 (2000), and the court's order denying his motion filed under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fleming v. Brooks,* No. CA–01–582–2 (E.D. Va. June 21, 2002 & July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*